UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BITCOIN AND BTC.B SEIZED FROM EIGHT TRANSACTION HASHES AT CRYPTOCURRENCY BRIDGE-1<br><br>Defendant. | Civil Action No. 24-cv-02826-APM |

**ORDER**

UPON CONSIDERATION of the United States' motion for default judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that

1. Default judgment is hereby entered against all persons or entities claiming an interest in the Defendant Property.

2. The Defendant property is hereby forfeited to the United States.

3. This is a final order

SO ORDERED:

March 28, 2025
Dated

Amit P Mehta
Digitally signed by Amit P Mehta
Date: 2025.03.28 08:16:48 -04'00'

THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE